IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02123-MSK-MEH

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

LARRY REPPHUN,
TERESA REPPHUN, and
CHRISTOPHER BRADY REPPHUN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2011.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed October 31, 2011; docket #14] is **granted in part and denied in part**. The Scheduling Conference currently set for November 7, 2011, at 9:45 a.m. is **vacated**. The Court will hold a Status Conference in this case on **December 1, 2011 at 9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

    Parties or counsel located outside of the Denver metro area may appear at the Status Conference by telephone by calling my Chambers at (303) 844-4507 at the appointed time.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.